IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:15-CR-382-1BO

| | | |
|---|---|---|
| JASON WILLIAM WHEELER, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | **O R D E R** |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

This matter is before the Court on remand from the Fourth Circuit Court of Appeals for resentencing. Petitioner must be represented by counsel in order for the Court to consider again his sentence. As petitioner was represented by retained counsel during his original criminal proceedings, the Court is unaware as to whether he is eligible at this time for appointment of counsel at government expense. Accordingly, the clerk is DIRECTED to send to petitioner the proper forms to complete in order to demonstrate indigency. Petitioner should either retain counsel or return the forms by March 9, 2018. The resentencing hearing will be set by separate notice.

SO ORDERED, this _15_ day of February, 2018.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE