IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:15-CR-382-1BO

| | | |
|---|---|---|
| JASON WILLIAM WHEELER, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

This Court previously directed the clerk to send petitioner the proper forms to determine indigency in anticipation of his resentencing hearing, as petitioner was appointed counsel for his appeal in the Fourth Circuit. The Federal Public Defender's office has since entered a notice of appearance. In light of the foregoing, defendant need not comply with the Court's previous order and the office of the Federal Public Defender is instructed to continue representation.

SO ORDERED, this 22 day of February, 2018.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE